### EAST *v.* HENRY DARLING INCORPORATED.

PER CURIAM. The court did not err in refusing a temporary injunction, because the petitioner had an adequate remedy at law as provided in Civil Code (1910), § 3289.

*Judgment affirmed. All the Justices concur.*

No. 5235. FEBRUARY 18, 1927.

Petition for injunction. Before Judge Maddox. Floyd superior court. December 8, 1925.

*M. B. Eubanks,* for plaintiff.

*Willingham, Wright & Covington,* for defendant.

Injunctions, 32 C. J. p. 57, n. 34; p. 61, n. 55; p. 65, n. 89.